# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 25, 2013

146061 & (68)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

ANDREW KOKAS,
      Plaintiff-Appellee,

v

CITIZENS INSURANCE COMPANY OF
AMERICA,
      Defendant-Appellant.

SC: 146061
COA: 303592
Jackson CC: 09-003887-CK

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the September 13, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

_____
Clerk

t0122